**James JONES, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS, Superintendent Link, Property Room Sargent Curran, Corrections Officer Shuetz, Chief Grievance Officer Varner, Respondents**

No. 327 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

### ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert COSTEN, Petitioner**

No. 867 MAL 2016

Supreme Court of Pennsylvania.

January 3, 2018

### ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.